Fred B. Burnside (SBN 211089)
  fredburnside@dwt.com
John D. Freed (SBN 261518)
  jakefreed@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:  (415) 276-6532
Fax:   (415) 276-6599

NANCY THOMAS (SBN 236185)
  nancythomas@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
NAVY FEDERAL CREDIT UNION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STEPHENSON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. **3:23-cv-01851-WQH-KSC**<br><br>**DEFENDAN'T NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Assigned to The Hon. William Q. Hayes<br><br>Action filed: 10/10/2023<br><br>Hearing date: January 29, 2024<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>[*Memorandum of Points and Authorities; and [Proposed] Order Filed Concurrently]* |

**3:23-CV-01851-WQH-KSC**
**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on January 29, 2024, before the Honorable William Q. Hayes, Defendant Navy Federal Credit Union will and hereby does move the Court for an order dismissing Plaintiff Jefrey Stephenson's Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6). This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Athena Lashbaugh and the Exhibits thereto, and all pleadings, files, and records in this action.

DATED: December 18, 2023

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
Navy Federal Credit Union

By: *s/ Fred B. Burnside*
Fred B. Burnside
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

Nancy Thomas
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566

John D. Freed (SBN 261518)
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
4855-3988-8791v.1 0082300-000088

3:23-CV-01851-WQH-KSC
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899