UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JEFFREY STEPHENSON, individually, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

Defendant.

Case No.: 23-cv-1851-WQH-KSC

**ORDER**

HAYES, Judge:

On January 22, 2024, Plaintiff filed the Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a). (ECF No. 17; *see also* ECF No. 15 at 2.) The Amended Class Action Complaint is now the operative pleading. *Cf. Lacey v. Maricopa County*, 693 F.3d 896, 925 (9th Cir. 2012). Accordingly,

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 11) is denied as moot. The parties shall comply with the deadlines set forth in the Court's January 19, 2024, Order (ECF No. 16).

Dated: January 24, 2024

Hon. William Q. Hayes
United States District Court