Fred B. Burnside (SBN 211089)
fredburnside@dwt.com
John D. Freed (SBN 261518)
jakefreed@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6532
Fax: (415) 276-6599

NANCY THOMAS (SBN No. 236185)
nancythomas@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
NAVY FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STEPHENSON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. **3:23-cv-01851-WQH-KSC**<br><br>**SUPPLEMENTAL DECLARATION OF ATHENA LASHBAUGH IN IN SUPPORT OF NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Assigned to The Hon. William Q. Hayes<br><br>Action filed: 10/10/2023 |

I, Athena Lashbaugh, declare as follows:

1. My name is Athena Lashbaugh. I am over the age of 18 and am competent to make this Declaration. I am employed as a Document and Research Liaison with Navy Federal Credit Union (Navy Federal). The facts set forth below are based upon my personal knowledge, including my familiarity with the records

and practices at Navy Federal. The business records I reviewed were made by, or from information transmitted by, a person with knowledge of the event described in those records, at or near the time of the event described, and are kept in the ordinary course of Navy Federal's regularly conducted business. It is the regular practice of Navy Federal to make those records. If called as a witness to testify regarding these facts, I could and would do so competently.

2. This is my second Declaration supporting a Navy Federal Motion to Dismiss in this action. My first Declaration, including **Exhibits A-D**, was filed on December 18, 2023. *See* Dkt. 11-2. Everything stated in my first Declaration remains true and accurate.

3. Attached as **Exhibit E** hereto is a true and correct copy of electronic correspondence between Navy Federal and Coralene Stephenson, dated March 26, 2023, through April 6, 2023.

Pursuant to the laws of the State of California, I hereby declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15.00 day of February, 2024, at Vienna, Virginia.

DocuSigned by:
Athena Lashbaugh
264FF320D9AA45B...

Athena Lashbaugh


DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT E

**Subject**

**Need More Information**

**Contact Information**

Email Address: [redacted]@cox.net
First Name: CORALENE
Last Name: STEPHENSON

**Question Reference #** [redacted]

Assigned: Genevieve Henderson
Date Created: 03/26/2023 09:07 PM
Date Last Updated: 04/06/2023 03:06 PM
Status: Read By Member

| |
|---|
| Response By Email (NAVY FEDERAL CREDIT UNION) (04/06/2023 01:53 PM) |
| Thank you for your message. During our investigation, we use various methodologies to achieve the best results, which may include internal databases, monthly statements, merchant documentation (if applicable) and any information obtained directly from the member. Please note that we are unable to provide sensitive information that does not fall within compliance. However, you are able to view the monthly statement(s) reflecting the transactions from the claim via Navy Federal Online Account Access. On the navigation bar at the top of your screen, select "eStatements". |
| Note By (NAVY FEDERAL CREDIT UNION) (03/31/2023 10:52 AM) |
| forwarding to CFP |
| Member By Online (CORALENE STEPHENSON) (03/30/2023 07:06 PM) |
| A police report was filed. The report number was included in my original documentation. Your reply provides additional documentation that you did not read my original submittal. |
| Response By Email (NAVY FEDERAL CREDIT UNION) (03/30/2023 05:18 PM) |
| Thank you for your message. In order to receive the documents requested, you will need to file a report with your local police department. Your local police can then subpoena our records. If you have any further questions or concerns, feel free to contact us. Navy Federal is available 24 hours a day, 7 days a week at 1-888-842-6328 or you can contact us via Online Banking. |
| Member By Online (CORALENE STEPHENSON) (03/26/2023 09:07 PM) |
| I received your response that a second review of the fraudulent charges to my debit card was rejected. However, there is no explanation as to how you came to that conclusion and my attempt to speak to someone who could provide that information was |

unsuccessful, despite several calls to your fraud prevention team. Based on the information shared with me, only the "investigators" are privy to that information.

I would like more information about how that conclusion was reached. To date, no information has been shared and it feels like your policy is to automatically reject claims regardless of merit and hope that your customers drop the matter.

Navy Federal's response has been inconsistent with your policy (Zero Liability) that fraud is a transaction that I didn't make or approve, and that if someone steals my payment information and makes transactions that I didn't authorize they are considered fraud. This is a case of fraud where someone stole my information and made unauthorized purchases.

I look forward to hearing from you.