# EXHIBIT A



February 24, 2023

MR WYATT R STEPHENSON

██████████████████

████████  ████

RE:          Number ████████████████

Dear Member:

This letter concerns the final determination regarding your Navy Federal          fraud claim in the amount of $      991.98      . Based on our investigation of your account activity, we have determined that no error has occurred.

Our investigation was based on a review of your account activity, including, but not limited to: transaction details, account history, and/or discrepancies between the fraud claim and your account.

As a consumer, you have the right to request any documentation that was used in the decision of this claim. If you have any questions, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message online at **navyfederal.org** via our online banking services, or write to Navy Federal Credit Union, Card Fraud Prevention Recovery, P.O. Box 23603, Merrifield, VA 22119-3603.

Sincerely,

Card Fraud Prevention Recovery
Navy Federal Credit Union