# EXHIBIT B





March 10, 2023

In reply refer to:

**WYATT R STEPHENSON**

Dear Member:

This letter concerns your request for a second review of your fraud claim.

After carefully reviewing the information you provided, we have concluded that no error occurred. Therefore, the original decision to deny the claim stands. You are responsible for the full amount of the claim, $991.98   .

If you have any questions regarding this matter, please let us know. You may call us toll-free anytime at 1-888-842-6328.

Sincerely,

Card Fraud Prevention Recovery
Navy Federal Credit Union

**Federally insured by NCUA.**
© 2020 Navy Federal NFCU 20B (8-20)

P.O. Box 3000  Merrifield, VA  22119-3000