# EXHIBIT C

**Your Message 03/26/2023 :** I received your response that a second review of the fraudulent charges to my debit card was rejected. However, there is no explanation as to how you came to that conclusion and my attempt to speak to someone who could provide that information was unsuccessful, despite several calls to your fraud prevention team. Based on the information shared with me, only the "investigators" are privy to that information.

I would like more information about how that conclusion was reached. To date, no information has been shared and it feels like your policy is to automatically reject claims regardless of merit and hope that your customers drop the matter.

Navy Federal's response has been inconsistent with your policy (Zero Liability) that fraud is a transaction that I didn't make or approve, and that if someone steals my payment information and makes transactions that I didn't authorize they are considered fraud. This is a case of fraud where someone stole my information and made unauthorized purchases.

I look forward to hearing from you.

**Navy Federal Response 03/30/2023 :**
Thank you for your message. In order to receive the documents requested, you will need to file a report with your local police department. Your local police can then subpoena our records. If you have any further questions or concerns, feel free to contact us. Navy Federal is available 24 hours a day, 7 days a week at 1-888-842-6328 or you can contact us via Online Banking.

**Subject:** Need More Information

**Your Message 03/30/2023 :** A police report was filed. The report number was included in my original documentation. Your reply provides additional documentation that you did not read my original submittal.