# EXHIBIT D

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

‹ All complaints (.)

# 230403-10773650

## CLOSED

✅ Submitted

**STATUS**

Submitted to the CFPB on 4/3/2023

**PRODUCT**

Credit card or prepaid card

**ISSUE**

Problem with a purchase shown on your statement

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Fraudulent purchases were made using my stolen Navy Federal debit card. Location of purchases and amounts of purchases are inconsistent with purchase history. For example, purchase history since the date card was acquired years ago (over 400+ purchases) shows no purchases at Walmart. Yet person who stole card went to Walmart 11 times in 14 days. I asked to be reimbursed for the fraudulent purchases via website. Was denied, but not given reason for denial. Submitted additional information via website and was denied on second review, but again, no reason given for second denial. Met with branch manager to gather more information, but they could not tell me why denied again. Spoke with fraud department twice via phone and they could not tell me why my claim was denied. To date,

no explanation as to why I was denied. I was told I could submit a third appeal, but without knowing why previous claims were denied it is impossible to prepare another appeal that will be effective. Banking laws should be changed to protect consumers and give them due process when they become victims of fraud. Navy Federal should be made to explain how they reached their conclusion since it is my money that was stolen.

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 4/3/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 4/6/2023

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Our review of the matter is in progress and we will respond as soon as possible.

## ✅ Company responded

**STATUS**

Company responded on 6/2/2023

**RESPONSE TYPE**

Closed with explanation

### Company's Response

The following references the complaint we received on 3 April 2023 from the Consumer Financial Protection Bureau on behalf of Navy Federal member Jeffrey R. Stephenson. The complaint was assigned a case number of 230403-10773650. We have researched our member's concerns. Our records show that on 23 February 2023, a claim of unauthorized debit card activity was submitted for activity on Mr. Stephenson's joint checking account ending in ███ in the amount of $991.98. We completed an investigation and found the claim to be unsupported. On 24 February 2023, we sent a letter to our member's address of record explaining the claim denial. We received an appeal of the decision, and we completed a second review of the claim. Based on the facts of our investigation, we determined that the claim remains denied. All account owners remain responsible for the activity that was conducted on the account. Should Mr. Stephenson have any questions, he may contact Brad Johnson, Supervisor, Fraud Operations, by calling 1-850-912-0313 between the hours of 7:00 a.m. and 3:30 p.m., Central time, weekdays.

## 💬 Feedback requested

**STATUS**

Feedback requested on 6/2/2023

**FEEDBACK DUE**

8/1/2023

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

 Closed

The CFPB has closed your complaint.



## ADDITIONAL TOOLS AND RESOURCES

Credit Cards (https://www.consumerfinance.gov/consumer-tools/credit-cards/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

---

An official website of the United States Government