# EXHIBIT E



In reply refer to:

12709435

2 June 2023

Mr. Jeffrey R. Stephenson



Dear Mr. Stephenson:


Your recent concern which was submitted via the Better Business Bureau has been referred to me for a reply. Thank you for taking the time to bring your concerns to our attention, and for providing us with the opportunity to respond.

We have researched your concerns. Our records show that on 23 February 2023, a claim of unauthorized debit card activity was submitted for activity on your joint checking account ending in ▮▮ in the amount of $991.98. We completed an investigation and found the claim to be unsupported. On 24 February 2023, we sent a letter to your address of record explaining the claim denial. We received an appeal of the decision, and we completed a second review of the claim. Based on the facts of our investigation, we determined that the claim remains denied. All account owners remain responsible for the activity that was conducted on the account.

Should you have any questions, you may contact Brad Johnson, Supervisor, Fraud Operations, by calling 1-850-912-0313 between the hours of 7:00 a.m. and 3:30 p.m., Central time, weekdays.

Sincerely,

*Chip Kohl*

Chip Kohlweiler
Senior Vice President,
Security

CK:TH:ht

PO Box 3000 Merrifield VA 22119-3000