# EXHIBIT F



**NAVY FEDERAL**
**Credit Union**

July 17, 2024

Access No: 4246400

BILLY R SMITH II

RE: Checking, Savings account(s) ending in 1393, 5465.

Dear Member,

This letter concerns the final determination regarding your Navy Federal fraud claim with Navy Federal in the amount of $9,800.00.

Based on the facts of our investigation, we have determined that no error has occurred and your claim has been denied. Additionally, we have reviewed your transaction history and, based on the facts surrounding the use of your account, we have found that you benefited from the transaction(s).

As a consumer, you have the right to request any documentation that was used in the decision of this claim. If you have any questions, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message via Navy Federal Online® Account Access, or you may write to: Navy Federal Credit Union, by fax at 703-206-4085.

Sincerely,

Security Department
Navy Federal Credit Union

Federally insured by NCUA.
© 2015 Navy Federal NFCU 40165-SC-SE047 (9-15)
GS-L418



P.O. Box 3000  Merrifield, VA  22119-3000