# EXHIBIT G

07:26

# Message Detail

**Subject:**

General General Inquiry

Confirmation #: 240812-000774

**Reply from Navy Federal**                    2024-08-13

Thank you for using Navy Federal's eMessaging Service. During our investigation, we use various methodologies to achieve the best results, which may include internal databases, monthly statements, merchant documentation (if applicable) and any information obtained directly from the member. Please note that we are unable to provide sensitive information that does not fall within compliance. If you have any further questions, please call us toll-free at 1-888-842-6328. Thank you.

**Your Message**                    2024-08-12

Thank you for the response. Could you please send me all the documentation you have from my fraud investigations? the initial denial letter I received said I was able to get them if requested. Thank you for the help. V/R Billy Ray Smith

**Reply from Navy Federal**                    2024-08-12

Thank you for using Navy Federal's eMessaging Service. After a second review of your claim, it has been determined that your claim will remain denied. If you have any questions, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message online at navyfederal.org via our Online Banking service or write to Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000.

**Your Message**                    2024-08-12

good Morning, I'm writing to follow up on the status of my fraud claim appeal. I just got