Scott Edelsberg (SBN 330090)
Adam Schwartzbaum (*pro hac vice*)
**EDELSBERG LAW, P.A.**
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

Edwin E. Elliott (*pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33129
Telephone: (305) 479-2299
edwine@shamisgentile.com

Sophia G. Gold (SBN 307971)
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (SBN 238293)
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

*Counsel for Plaintiffs and Proposed Classes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STEPHENSON and BILLY SMITH II, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. **3:23-CV-01851-WQH-KSC**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. William Q. Hayes<br>Place: Courtroom 14B<br>Hearing Date: August 25, 2025<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on **August 25, 2025**, or as soon thereafter as the matter may be heard, in Courtroom 14B, before the Honorable William Q. Hayes, Plaintiffs and Class Counsel will, and hereby do, respectfully

request that the Court grant Preliminary Approval of the Settlement, the terms of which are more specifically described in the Memorandum and Points of Authority filed in support of this Motion.

    This Motion is based upon this Notice of Motion and Unopposed Motion; the accompanying Memorandum of Points and Authorities; the Settlement Agreement; and the Joint Declaration of Scott Edelsberg, Adam Schwartzbaum, Sophia Gold, Jeffrey Kaliel and Edwin Elliot in Support of Preliminary Approval, other pleadings and papers on file in this Action; and other such evidence or argument as may be presented to the Court at the hearing on this Motion. Defendant, Navy Federal Credit Union, does not oppose this Motion.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
(CA Bar No. 330990)
Adam A. Schwartzbaum*
**EDELSBERG LAW, P.A.**
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Scott@edelsberglaw.com
Adam@edelsberglaw.com

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

Sophia G. Gold (SBN 307971)
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

**SHAMIS & GENTILE, P.A.**
Edwin E. Elliot *
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: 305-479-2299

Edwin@shamisgentile.com

*Admitted Pro Hac Vice*

**Counsel for Plaintiffs and the Proposed Class**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Scott Edelsberg*