| | |
|---|---|
| Scott Edelsberg (SBN 330090)<br>Adam Schwartzbaum (*pro hac vice*)<br>EDELSBERG LAW, P.A.<br>1925 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (305) 975-3320<br>scott@edelsberglaw.com | Sophia G. Gold (SBN 307971)<br>KALIELGOLD PLLC<br>490 43rd Street, No. 122<br>Oakland, California 94609<br>Telephone: (202) 350-4783<br>sgold@kalielgold.com |
| Edwin E. Elliott (*pro hac vice*)<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 705<br>Miami, Florida 33132<br>Telephone: (305) 479-2299<br>edwine@shamisgentile.com | Jeffrey D. Kaliel (SBN 238293)<br>KALIELGOLD PLLC<br>1100 15th Street NW, 4th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 350-4783<br>jkaliel@kalielpllc.com |

*Counsel for Plaintiffs and Proposed Classes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STEPHENSON and BILLY SMITH II, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. **3:23-CV-01851-WQH-KSC**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. William Q. Hayes<br>Location: Courtroom 14B<br>Hearing Date: February 4, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on **February 4, 2026** at 10:30 a.m., in Courtroom 14B, before the Honorable William Q. Hayes, Plaintiffs and Class Counsel will, and hereby do, respectfully request that the Court grant Final Approval of the Class Action Settlement, the terms of which are more specifically described in the Memorandum of Points and Authorities filed in support of this Motion.

This Motion is based upon this Notice of Motion and Unopposed Motion; the accompanying Memorandum of Points and Authorities; the Class Action Settlement Agreement; the Joint Declaration of Class Counsel in Support of Final Approval; and

the Declaration of the Settlement Administrator, other pleadings and papers on file in this Action; and other such evidence or argument as may be presented to the Court at the hearing on this Motion. Defendant Navy Federal Credit Union does not oppose this Motion.

| | |
|---|---|
| Dated: November 17, 2025 | Respectfully submitted, |
| | /s/ *Scott Edelsberg* |
| | Scott Edelsberg, Esq. |
| | (CA Bar No. 330990) |
| | Adam A. Schwartzbaum* |
| | **EDELSBERG LAW, P.A.** |
| | 1925 Century Park E #1700 |
| | Los Angeles, CA 90067 |
| | Telephone: (305) 975-3320 |
| | Scott@edelsberglaw.com |
| | Adam@edelsberglaw.com |
| | |
| | **KALIELGOLD PLLC** |
| | Jeffrey D. Kaliel (SBN 238293) |
| | 1100 15th Street NW, 4th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 350-4783 |
| | jkaliel@kalielpllc.com |
| | |
| | Sophia G. Gold (SBN 307971) |
| | 490 43rd Street, No. 122 |
| | Oakland, CA 94609 |
| | Telephone: (202) 350-4783 |
| | sgold@kalielgold.com |
| | |
| | **SHAMIS & GENTILE, P.A.** |
| | Edwin E. Elliott* |
| | 14 NE 1st Ave., Suite 705 |
| | Miami, FL 33132 |
| | Telephone: (305) 479-2299 |
| | Edwin@shamisgentile.com |
| | *Admitted Pro Hac Vice* |
| | |
| | *Counsel for Plaintiffs and the Settlement Classes* |